IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NANYA SHAABU EL, )
 )
        Plaintiff, )
 )
    v. ) 1:06CV1055
 )
UNITED STATES OF AMERICA, )
 )
        Defendant. )

## J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is dismissed <u>sua sponte</u> without prejudice to Plaintiff filing a civil complaint, on the proper Motion for Return of Property forms, which corrects the defects cited above.

                                           /s/ William L. Osteen
                                          United States District Judge

February 15, 2007